**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF IOWA**
110 E. Court Avenue, Suite 300
Des Moines, Iowa 50309–9264
www.iasb.uscourts.gov

In the Matter of:  Case No. 11–01485–lmj7
Linda L. Colfer

Debtor(s)

## NOTICE OF RECOVERY OF ASSETS
## AND BAR DATE FOR FILING CLAIMS

The trustee has recovered assets. Creditors who wish to share in any distribution of funds must file a proof of claim with the clerk of the bankruptcy court at the address above. The deadline to file a proof of claim appears in the following docket text:

Notice to File Claims Filed by Trustee Wesley B. Huisinga. Proofs of Claims due by 10/2/2011. (Huisinga, Wesley)

Creditors who do not file a proof of claim on or before this date might not share in any distribution from the debtor's estate.

The proof of claim form is included with this notice. It may be filed electronically, on disk or by regular mail.

**Any creditor who has filed a proof of claim already need not file another proof of claim.**

Mary M. Weibel
Clerk, U.S. Bankruptcy Court